IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

UNITED STATES OF AMERICA

v.  Criminal No. 5:13CR50016-001

JASON S. SOBRALSKI

## **FINAL ORDER OF FORFEITURE**

On April 22, 2013, the Court entered a Preliminary Order of Forfeiture in this case in accordance with Fed.R.Crim. P. 32.2(b) (Doc. 19). In the Preliminary Order of Forfeiture, a Smith & Wesson, model 39-2, 9 mm pistol, serial number A285899 and any ammunition was forfeited to the United States pursuant to 18 U.S.C. § 924(d) incorporating by reference 18 U.S.C. § 3665.

The United States was required to publish notice of this order pursuant to Fed.R.Crim. P. 32.2(b)(6) and 18 U.S.C. § 982(b)(1), incorporating by reference 21 U.S.C. 853(n)(1). On June 13, 2013, an attorney for the United States filed a Notice of Proof of Publication, showing that for 30 days, notice of the Court's Preliminary Order of Forfeiture was advertised on www.forfeiture.gov. No third party claims have been filed.

Pursuant to Fed. R. Crim. P. 32.2(b)(4), a Preliminary Order of Forfeiture becomes final as to a defendant at sentencing.

Accordingly it is hereby ORDERED, DECREED, AND ADJUDGED:

That based upon the guilty plea and the plea agreement of the parties, pursuant to Fed. R. Crim. P. 32.2(b)(4), the Preliminary Order of Forfeiture entered on April 22, 2013, shall become final at this time.

IT IS SO ORDERED this 29th day of August, 2013.

                                  /s/ Jimm Larry Hendren
                                  HONORABLE JIMM LARRY HENDREN
                                  UNITED STATES DISTRICT JUDGE

U.S. DISTRICT COURT
WESTERN DISTRICT ARKANSAS
FILED
AUG 29 2013
CHRIS R. JOHNSON, CLERK
BY        DEPUTY CLERK